APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Greenberg Traurig, LLP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Francine Friedman Griesing | : | NO. 12-6718 |

ORDER

AND NOW, this _____ Day of _____, 20__, it is hereby

ORDERED that the application of <u>Katherine Kimpel</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 12-6718

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Katherine Kimpel__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Wisconsin | 05/23/2007 | 1064593 |
| District of Columbia | 12/08/2008 | 493028 |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| District Ct, DC | 11/01/2010 | 493028 |
| U.S. Supreme Court | 03/19/2012 | N/A |
|  |  |  |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for*   Francine Griesing

(Applicant's Signature)

1/13/13
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Sanford Heisler, LLP
1666 Connecticut Avenue, NW, Suite 300
Washington, DC 20009

Sworn and subscribed before me this
11th Day of January, 2013

Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Katherine Kimpel___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

___Jodi S. Wilenzik___  ___[signature]___  ___04.15.04___  ___89205___
Sponsor's Name  Sponsor's Signature  Admission date  Attorney Identification No.

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Hamburg & Golden, P.C.

1601 Market Street, Suite 3310  Philadelphia, PA

215-255-8592

Sworn and subscribed before me this

16th Day of January, 2013

___[signature] Christy N. Kincaid___
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTY N. KINCAID, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 20, 2016

## CERTIFICATE OF SERVICE

I, Jodi S. Wilenzik, hereby certify that the foregoing application for *Pro Hac Vice* Admission for Katherine Kimpel, has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy was served by regular mail on January 16, 2013, on the following:

      Scott Bennett Freemann, Esquire
      Frremann Law Offices
      One Logan Square, Suite 2675
      18th & Cherry Streets
      Philadelphia, PA  19103

      William Jeffress, Esquire
      Baker Botts, LLP
      1299 Pennsylvania Avenue, N.W.
      The Warner
      Washington, DC 20004-2400

      Bettina Plevan, Esquire
      Proskauer Rose LLP
      11 Times Square
      New York, NY  10136

      ***Counsel for Greenberg Traurig, P.A. and Greenberg Traurig, LLP***

      /s/ Jodi S. Wilenzik
      JODI S. WILENZIK