# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENBERG TRAURIG, P.A.;<br>GREENBERG TRAURIG, LLP<br><br>v.<br><br>FRANCINE GRIESING | Civil Action<br>No.: 12-cv-6718-MSG |

## ORDER

AND NOW this 23rd day of January 2013, upon consideration of Francine Griesing's Motion for Leave to Supplement the Record, it is hereby ORDERED that Respondent's Motion is GRANTED and that the Court will take judicial notice of the Amended Class Action Complaint filed in *Francine Friedman Griesing v. Greenberg Traurig, LLP*, No. 12-cv-8734 (S.D.N.Y. Jan. 15, 2013).

_____
Mitchell S. Goldberg, J.