IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREENBERG TRAURIG, P.A.,
GREENBERG TRAURIG LLP,

Petitioners,

v.                                       Civil Action No. 12-cv-6718

FRANCINE GRIESING,

Respondent.

## ORDER

Upon consideration of Petitioners' Motion For Leave To Supplement the Record, and any opposition thereto, it is hereby:

ORDERED that the motion is GRANTED.

Mitchell S. Goldberg
United States District Judge

Date: February 7, 2013