UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GREENBERG TRAURIG, P.A.,
        and
GREENBERG TRAURIG LLP,

                     Petitioners,

       v.

FRANCINE GRIESING,

                    Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 12-cv-06718 (MSG)

ECF CASE

**STIPULATION OF WITHDRAWAL AND DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties that all claims that were or could have been brought in the above-captioned litigation are hereby withdrawn and shall be and hereby are dismissed in their entirety, with prejudice, and without attorney's fees, costs, or disbursement to any party.

_____
Scott Bennett Freemann, Esq.
FREEMANN LAW OFFICES, P.C.
One Logan Square, Suite 2675
Philadelphia, PA 19103
(212) 564-7400
*Attorneys for Petitioners*


_____
William H. Jeffress, Jr., Esq.
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-7700
*Attorneys for Petitioners*

_____
David W. Sanford, Esq.
Katherine M. Kimpel, Esq.
Kate Mueting, Esq.
SANFORD HEISLER, LLP
1666 Connecticut Ave., NW
Suite 300
Washington, DC 20009
(202) 499-5200
*Attorneys for Respondent*

_____
Neil J. Hamburg, Esq.
Jodi S. Wilenzik, Esq.
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103
(215) 255-8590
*Attorneys for Respondent*

Bettina B. Plevan, Esq.
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3200
*Attorneys for Petitioners*

**SO ORDERED**:

_____
Honorable Mitchell S. Goldberg, U.S.D.J.

Dated: _____, 2013

2